SIDNEY K. JOHNSON, Respondent, v. MATTHYS & Co., INC., SCHOOL DISTRICT OF THE CITY OF ONEIDA, N. Y., Appellants.— Order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

VIVIEN S. W. WORDEN, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 18103.) — Judgment affirmed, with costs. Hinman, Davis, Whitmyer and Hasbrouck, JJ., concur; Van Kirk, P. J., not voting. [134 Misc. 848.]

ELVIS E. WOOD, Respondent, v. LAURA M. WOOD, Appellant.— Order denying defendant's motion to change place of trial from Schenectady to Warren county reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that the convenience of witnesses and the ends of justice will be promoted by the change. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

WILLIAM GROSBERG, Respondent, v. ABRAHAM FERBER, Appellant.— Order modified so as to require the plaintiff to deliver to the defendant a bill of particulars, setting forth the name and address of the solvent and responsible company, or companies, who were willing to place fire insurance on the property in question, and the amount of fire insurance that each of said companies was willing to place thereon, and the time when said companies were willing to do so, and as so modified the order is affirmed, without costs. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

JOHN B. KREYENBUHL, Respondent, v. RICHARD P. KUTSCHBACH, Appellant. CHRISTINE C. KREYENBUHL, Respondent, v. RICHARD P. KUTSCHBACH, Appellant.— Judgments and orders unanimously affirmed, with costs in one action. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

AGNES SMITH, Respondent, v. AMERICAN CENTRAL INSURANCE COMPANY, Appellant. AGNES SMITH, Respondent, v. THE CONTINENTAL INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Judgments and orders reversed on the law and facts and new trial granted with costs, in one action to the appellant to abide the event, on the ground that the finding of the jury that plaintiff was not guilty of any fraud or false swearing, relating to the insurance or the subject thereof, is against the weight of the evidence. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

GERALD CARR, Respondent, v. FRANK PRATT and ELMER R. PRATT, Appellants.— Judgment and order unanimously affirmed, with costs. Present — Van Kirk, P. J., Hinman, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. NARCISSUS B. GRANT, Respondent, v. GEORGE W. BASSETT ESTATE and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award modified to conform to weekly wage of nineteen dollars, and as so modified unanimously affirmed, with costs against the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.

In the Matter of the Claim of Mrs. OLENE ANDERSON, Respondent, v. WILLIAM H. BROWN and Another, Trustees for HELEN A. ROBERTSON and Others, and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Davis, Whitmyer, Hill and Hasbrouck, JJ.